IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CHENAULT                                               PLAINTIFF
#00341511

v.                          No. 3:24-cv-179-DPM-JJV

JACOB WHITE, Lt., Greene County
Detention Center; ALISHA ALBRETCH,
Sgt., Greene County Detention Center;
ERIC GRAY, Inmate (State), Greene
County Detention Center; PARIS SCOTT,
Inmate (Federal), Greene County
Detention Center; BRANDEN SIMS,
Inmate (Federal), Greene County
Detention Center; and GREENE
COUNTY DETENTION CENTER                                      DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Chenault's failure to protect and inadequate medical care claims against Lieutenant White and Sergeant Albretch in their official and individual capacities go forward. His other claims are dismissed without prejudice. The Court directs the Clerk to terminate Gray, Scott, Sims, and the Greene County Detention Center as defendants. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2025