IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHENAULT #00341511, | * * * | |
| Plaintiff, | * | |
| v. | * * | No. 3:24-cv-00179-JJV |
| JACOB WHITE, Lieutenant, Greene County Detention Center, *et. al,* | * * * | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 19th day of May 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1